UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-32143 |
|---|---|
| DAVID L. CLUCAS | (Chapter 13) |
| JOY L. CLUCAS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4067227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 40 | WELLS FARGO<br>ONE HOME CAMPUS<br>BK PMT PROC/MAC #X2302-04C<br>DES MOINES, IA  50328 | 56.07 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/31/2011

Certificate of Service 07-32143

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| DAVID L. CLUCAS<br>JOY L. CLUCAS<br>1134 FRAYNE DRIVE<br>NEW CARLISLE, OH 45344 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH 45432 | (39.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA 23541 |
|---|---|---|
| (40.1)<br>WELLS FARGO<br>ONE HOME CAMPUS<br>BK PMT PROC/MAC #X2302-04C<br>DES MOINES, IA 50328 | (36.1n)<br>WELLS FARGO BANK NA<br>PO BOX 829009<br>DALLAS, TX 75382 | (37.1n)<br>WELLS FARGO BANK NA<br>% MCCALLA RAYMER LLC BK DEPT<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv